IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID JIRLES,

    Plaintiff,

vs.

    Case No. C2-07-1018
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Norah McCann King

UNITED STATES OF AMERICA,
et al.,

    Defendants.

## ORDER

The Mediator for the United States District Court for the Southern District of Ohio has indicated that the parties in this case have reached agreement on a settlement. Accordingly, the Court's April 25, 2008 Order Setting Trial Date is hereby **VACATED**. The parties shall submit an appropriate **DISMISSAL ENTRY** on or before **MAY 1, 2009,** or they shall appear for a **STATUS CONFERENCE** on that date at 10:00 A.M.

    IT IS SO ORDERED.

    April 1, 2009                     /s/ *Edmund A. Sargus, Jr.*
**DATED**                                  EDMUND A. SARGUS, JR.
                                          UNITED STATES DISTRICT JUDGE